UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

JANE DOE as next friend for
"ERIN" and "FIONA," minors

    Plaintiffs,
  v.

KEITH FARNHAM,

    Defendant.
_____

Civ. No. 16-cv-02079

**Declaration of Counsel in Support of Plaintiffs' Motion to Substitute the Estate of Keith Farnham in Place of the Deceased Defendant and for Judgment by Confession**

  MATTHEW J. CONROY, an attorney duly licensed to practice law before the Courts of the State of New York and the Commonwealth of Massachusetts, hereby declares as follows to be true under penalties of perjury:

1. I am an attorney, admitted to practice pro hac vice before this Court, and a Member of the law firm of SCHWARTZ LAW, P.C., attorneys for the Plaintiffs. As such, I am fully familiar with the facts and circumstances of this action based on my representation of the Plaintiffs.

2. This Declaration is respectfully submitted, pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Motion to Substitute and for Judgment by Confession.

3. I further respectfully submit that the following attached documents are relevant to this action and have been exchanged between the parties: (a) Death Certificate of Keith Farnham indicating that the Defendant passed away on June 18, 2017; (b) Last Will and Testament of Keith Farnham filed with the Kane County Circuit Court Clerk's Office on

August 16, 2017 naming Keith Farnham's wife Susan Farnham as Executor of the Estate; and Affidavit of Keith Farnham in Support of Judgment by Confession dated December 01, 2016.

4.     Keith Farnham's affidavit evidences the following:

(a)     Mr. Farnham executed and delivered his affidavit in connection with his Confession of Judgment in this case.

(b)     The matters testified to and stated in the affidavit were sworn to be true and accurate and based upon Mr. Farnham's first- hand knowledge.

(c)     Mr. Farnham was 69 years old at the time he executed the affidavit. He served in the Illinois House of Representatives from January of 2009 until March of 2014.

(d)     Mr. Farnham was indicted in the United States District Court for the Eastern District of Illinois on May 22, 2014. He was charged with violating the federal criminal pornography statutes: 18 U.S.C. 2252A(a)(2)(A), 18 U.S.C. 2252A(a)(1), and 18 U.S.C. 2252(A)(a)(5)(B)

(e)     On December 05, 2014 Mr. Farnham pleaded guilty to the following: Count III of the Indictment. In his allocution, he admitted that he possessed and distributed pornographic images and videos depicting minors, including those of the Plaintiffs "Erin" and "Fiona".

(f)     Mr. Farnham was shown multiple photographs of the Plaintiffs in this matter "Erin" and "Fiona". These photographs showed "Erin" and "Fiona" at different ages.

(g)     Mr. Farnham recognized both Erin and Fiona as individuals contained in both pornographic photographs and videos that he possessed and viewed.

(h)     Mr. Farnham specifically remembered "Erin" and "Fiona" from a video series known as "BluesPink".

(i)     These videos depicted "Erin" and "Fiona" being sexually abused by their father.

(j)     Mr. Farnham viewed these photographs and videos on many occasions between September 23, 2013 and March 13, 2014.

(k)     The videos and images of "Fiona" and "Erin" were on Mr. Farnham's computer hard-drives at the time they were seized by the United States government on March 13, 2014.

(l)     Mr. Farnham admits that he invaded the privacy of both "Erin" and "Fiona".

(m)     Mr. Farnham acknowledged that he intentionally intruded upon the solitude and seclusion of these young victims in their most devastating private affairs and concerns.

(n)     Mr. Farnham acknowledged that this intrusion would be highly offensive to any reasonable person.

(o)     Mr. Farnham further admitted that, although no amount of money will ever make these children whole or give back to them the innocence or security that they lost both in that horrible series of rapes and assaults they endured as well as his

invasion into that most private of affairs, $2,000,000.00 is the reasonable value of the damages suffered by "Erin" and "Fiona" as a result of his invasion of their privacy.

5. Based on the foregoing, as well as the attached exhibits, I submit that the substitution of parties is warranted and Judgment by Confession should be entered in the amount of $2,000,000.00.

Sworn to this 19 day of September 2017 under the pains and penalties of perjury.

                                                */s/ Matthew J. Conroy*
                                                Matthew J. Conroy, Esq.

Consented to by the Estate of Keith Farnham

                                   */s/ Richard L. Williams*
                                 By: Richard L. Williams, Esq.
                                      Griffin | Williams  LLP
                                      21 N. 4th St.
                                      Geneva, Illinois  60134
                                      *Attorney for the Estate of Keith Farnham*

## CERTIFICATE OF SERVICE

I, Matthew J. Conroy hereby certify that on September 19, 2017, a true and accurate copy of the foregoing Motion to Substitute the Estate of Keith Farnham in Place of the Deceased Defendant and for Confession of Judgment was deposited into the official depository of the United States Postal Service for delivery to counsel listed below, and was also filed via ECF:

To: Richard L. Williams, Esq.
Griffin | Williams LLP
21 N. 4th St.
Geneva, Illinois 60134
(630) 457-1205 direct
(630) 262-0644 facsimile
rwilliams@gwllplaw.com
*Attorney for the Estate of Keith Farnham*

                                                                 */s/ Matthew J. Conroy*
                                                                  Matthew J. Conroy