# EXHIBIT C

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANE DOE as next friend for
"ERIN" and "FIONA," minors

Plaintiffs,

v.

KEITH FARNHAM,

Defendant.

Civ. No. 16-cv-02079

**Affidavit**

I, Keith Farnham, do hereby depose and state as follows under the pains and penalties of perjury:

1. I am the Defendant in this case and I give this affidavit in connection with my Confession of Judgment in this case.

2. The matters testified to and stated herein are true and accurate and based upon my first-hand personal knowledge.

3. I am presently 69 years old and fully understand and am aware of the contents of this affidavit and the facts and issues discussed herein.

4. I served in the Illinois House of Representatives from January of 2009 until March of 2014.

5. I was indicted in the United States District Court for the Northern District of Illinois Eastern Division on May 22, 2014 in case number 14-CR-237.

6. I was charged with violating the following federal criminal child pornography statutes: 18 U.S.C. 2252A(a)(2)(A), 18 U.S.C. 2252A(a)(1), and 18 U.S.C. 2252(A)(a)(5)(B).

7. On December 05, 2014, I pleaded guilty to Count III of the indictment for knowingly transporting child pornography.

8. In my plea agreement, I admitted to possessing images and videos depicting child pornography on computers and electronic storage devices in my residence, car and offices. I also admitted to using an email address to receive, trade, and distribute child pornography.

9. As of March 13, 2014, I possessed images of real minors engaged in sexually explicit conduct in violation of federal law.

10. Based on the government's analysis of my computers and electronic storage devices, the Child Victim Identification Program (CVIP) Report and the VIS Notices to "Erin" and "Fiona", it is my understanding that among these images in my possession at that time were images of the Plaintiffs in the case, "Erin" and "Fiona."

11. Based on the recitation in paragraph 10 above and my practices involving child pornography, I have no reason to doubt that I viewed, traded, distributed and collected child pornography depicting "Erin" and "Fiona" between September 23, 2013 and March 13, 2014.

12. It is my understanding based on the CVIP Report that child pornography images of "Erin" and "Fiona" were on my computers and electronic storage devices at the time they were seized by law enforcement on March 13, 2014.

13. By viewing and possessing their child pornography images, I admit that I have invaded the privacy of both "Erin" and "Fiona."

14. I intentionally intruded upon the solitude and seclusion of these young girls in their most devastating private affairs and concerns.

15. I acknowledge that my intrusion would be highly offensive to any reasonable person.

16. I further admit that, although no amount of money will ever make these girls whole or restore the innocence and security they lost by being raped and sexually abused to create child pornography which I then viewed,

traded, distributed and collected, thereby invading their most private of affairs, I am willing to confess to judgment in the amount of $2,000,000 to compensate for the damages suffered by "Erin" and "Fiona" as a result of my invasion of their privacy.

SWORN TO THIS __1__ DAY OF _Dec._ 2016 UNDER THE PAINS AND PENALTIES OF PERJURY.


_____
Keith Farnham